FILED

2019 NOV 18 PM 1:04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: AP

FULL NAME
JOHN ZHONG in pro se
COMMITTED NAME (if different)
NA
FULL ADDRESS INCLUDING NAME OF INSTITUTION
19138 E WALNUT DR. STE 102
ROWLAND HTS, CA 91748
PRISON NUMBER (if applicable)
626-991-3676

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ZHONG, PLAINTIFF, | CASE NUMBER CV19-09865-DSF(AGRx) *To be supplied by the Clerk* |
| v. | |
| GAVIN NEWSOM, SUSIE DIMAGGIO & DOES 1 thru 10, DEFENDANT(S). | **CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*<br>☒ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? ___________________

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

PAID
NOV 18 2019
Clerk, US District Court
CCL 4012

a. Parties to this previous lawsuit:
Plaintiff ______

Defendants ______

b. Court ______

c. Docket or case number ______

d. Name of judge to whom case was assigned ______

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ______

f. Issues raised: ______

g. Approximate date of filing lawsuit: ______

h. Approximate date of disposition ______

**B. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not THERE IS NO PROPER GRIEVANCE PROCEDURE. PLAINTIFF ASK THE LAWYER TO WRITE A LETTER EVENTHOUGH THERE IS NO PROPER GRIEVANCE PROCEDURE.

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not THOUGH THERE IS NO GRIEVANCE PROCEDURE, PLAINTIFF STILL ASK LAWYER TO WRITE A LETTER TO COMPLAIN ABOUT THE RESTRICTION OF RENEWAL.

4. Please attach copies of papers related to the grievance procedure.

**C. JURISDICTION**

This complaint alleges that the civil rights of plaintiff JOHN ZHONG
(print plaintiff's name)

who presently resides at 19138 E WALNUT DR. STE 102, ROWLAND HTS, CA 91748,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
PLAINTIFF JOHN ZHONG'S CTEC REGISTRATION AT ROWLAND HTS, CALIFORNIA
(institution/city where violation occurred)

on (date or dates) 10/1/19 (Claim I), ______ (Claim II), ______ (Claim III).

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant GAVIN NEWSOM (full name of first defendant) resides or works at
   1303 10TH STREET STE 1173, SACRAMENTO, CA 95814 (full address of first defendant)
   GOVERNOR OF CALIFORNIA (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   MADE PLAINTIFF ZHONG UNABLE TO REGISTER UNDER CTEC(CALIFORNIA TAX EDUCATION COUNCIL) WITHOUT REASON OR MERIT OR NOTICE. 42 USC 1983

2. Defendant SUSIE DIMAGGIO (full name of first defendant) resides or works at
   5955 GRANITE LAKE DR. STE 160 , GRANITE BAY, CA 95746 (full address of first defendant)
   CHIEF EXECUTIVE OFFICER OF CALIFORNIA TAX EDUCATION COUNCIL (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   MADE PLAINTIFF ZHONG UNABLE TO REGISTER UNDER CTEC(CALIFORNIA TAX EDUCATION COUNCIL) WITHOUT REASON OR MERIT OR NOTICE, 42 USC 1983

3. Defendant ______ (full name of first defendant) resides or works at
   ______ (full address of first defendant)
   ______ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   ______
   ______

4. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

5. Defendant ______________________________ resides or works at

(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

42 U.S.C. SECTION 1983, Title VII of the Civil Rights Act of 1964, 42 USC 2000FF.

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

Title VII of the Civil Rights Act of 1964 is a federal law that prohibits employers from discriminating against employees on the basis of sex, race, color, national origin and religion.

CTEC IS NOT A REAL EMPLOYER BUT IT LICENSE THE PEOPLE TO LEGALLY WORK AS THE TAX PREPAREF

The abuse the discretion of restriction of plaintiff to register is prejudice and discriminately made Plaintiff unable to work.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ALL TAX PREPARERS IN CALIFORNIA SHOULD REGISTER UNDER Calfornia Tax Education Council TO WORK.

HOWEVER PLAINTIFF AS THE TAX PREPARER ID A 271853 CANNOT RENEW TO REGISTER AFTER FULFILLI

ALL THE REQUIRMENTS OF CTEC, CONTINUED EDUCTION AND RENEWAL OF THE BOND.

WITHOUT REGISTRATION, PLAINTIFF UNABLE TO FILE CALIFORINA TAX RETUNRS FOR HIS CLIENTS LEGALLY AND UNABLE TO MAKE A LIVING. THIS IS DISCRIMINATORY UNDER EMPLOYMENT.

PLAINTIFF ASKED ATTORNEY TO WRITE A LETTER TO THE OFFICE OF CTEC ON OCTOBER 1ST, 2019 BUT DID NOT GET ANY RESPONSE FOR OVER ONE AND HALF MONTHS.

PLAINTIFF CALLED TO CTEC AND ASK THE REASON WHY HE CANNOT REGISTER TO RENEW HE WAS TOLD BY ONE OF THE CLERK THAT MAYBE THE IRS LICENSE ISSUE.

PLAINTIFF EXPLAINED THAT THE IRS EA LICENSE WAS SUSPENDED DUE TO THE DISCIPLINE ACTION OF CALFORINIA BOARD OF ACCONTANCY IN 2014 IN THAT PLAINTIFF SURRENDERRED HIS CPA LICENSE FOR FOUR YEARS. FOR THAT DISCIPLINE CTEC HAS REVOKED PLAINTIFF REGISTRATION FOR TWO YEARS FROM MAY 2016 TO 2018 AFTER A HEARING.

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Authorize Plaintiff Zhong to renew to register retroactively before October 30, 2019 without paying any extra fee and put more restrictions.

If the date of the authorization is passed December 31, 2019, Plaintiff is still entitled to renew under the previous rule without paying any new fees and doing any extra procedures to register.

11/18/19
*(Date)*

*(Signature of Plaintiff)*